# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>HSIAO MEI CHI; ANNA HONDA A/K/A ANNA CHI; SANDRA MERRILL A/K/A SANDI MERRILL A/K/A SANDRA CHI A/K/A SANDI CHI; and TERRY CHI,<br><br>Defendants | Case No.: 2:18-cv-01778-APG-CWH<br><br>**Order Directing Entry of Clerk's Default**<br><br>[ECF No. 17] |

Defendant Terry Chi filed a "Motion for Entry of Default Judgment for Failure to Appear" against defendants Anna Honda and Sandra Merrill. ECF No. 17. However, the proposed order attached to the motion is a form Default. ECF No. 17-1. A party cannot obtain a Default Judgment unless a Default has been first entered. Fed. R. Civ. P. 55. Thus, I will treat Chi's motion as one seeking entry of a clerk's default against Honda and Merrill.

Federal Rule of Civil Procedure 55(a) provides for the entry of default against a party who was properly served but failed to plead or otherwise defend the case. The rule does not specify who may seek entry of default. Therefore, nothing prohibits defendant Terry Chi from applying for entry of default against the other defendants.

Defendants Honda and Merrill were properly served with process. ECF Nos. 10, 13, 17. They have failed to file any pleadings or appearances in this case, and have not otherwise defended themselves in this case. The deadline for them to do so has expired. Thus, default should be entered against them. Fed. R. Civ. P. 55(a).

IT IS THEREFORE ORDERED that defendant Terry Chi's motion for entry of default judgment **(ECF No. 17) is GRANTED IN PART.** The clerk of the court shall enter the default of defendants Anna Honda a/k/a Anna Chi and Sandra Merrill a/k/a Sandi Merrill a/k/a Sandra Chi a/k/a Sandi Chi.

DATED this 19th day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE