Constance L. Akridge, Esq.
Nevada Bar No. 3353
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: CLAkridge@hollandhart.com
SRGambee@hollandhart.com

*Attorneys for Plaintiff Metropolitan Life Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HSIAO MEI CHI; ANNA HONDA A/K/A ANNA CHI; SANDRA MERRILL A/K/A SANDI MERRILL A/K/A SANDRA CHI A/K/A SANDI CHI; and TERRY CHI,<br><br>Defendants. | Case No. 2:18-cv-01778-APG-CWH<br><br>**STIPULATION AND ORDER FOR INTERPLEADER OF FUNDS, DISCHARGE OF LIABILITY, AND DISMISSAL OF PLAINTIFF WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiff, Metropolitan Life Insurance Company ("MetLife"), by and through its attorneys of the law firm Holland & Hart, LLP, and Defendants Hsiao Mei Chi and Terry Chi, the only appearing Defendants in this matter, as follows:

1. The parties agree that the amount of the life insurance benefits payable as a consequence of the death of George Chi is $45,650, plus any applicable interest.

2. MetLife shall pay into the Registry of the Court the sum of $45,650 representing the life insurance benefits payable as a consequence of the death of George Chi, plus any applicable interest.

3. Defendants shall be enjoined and restrained from instituting any action or proceeding in any state or United States court against MetLife, American Bureau of Shipping ("ABS"), the plan, the plan sponsor, and their respective past and present parent, subsidiary, and affiliate entities, their respective past and present managers, members, officers, directors, shareholders, agents, and employees, and their respective successors, heirs, assigns, and administrators for the life insurance benefits, plus any applicable interest, payable as a consequence of the death of George Chi.

4. Upon Metlife's payment of the life insurance benefits, plus any applicable interest, into the Registry of this Court, MetLife, ABS, the plan, the plan sponsor, and their respective past and present parent, subsidiary, and affiliate entities, their respective past and present managers, members, officers, directors, shareholders, agents, and employees, and their respective successors, heirs, assigns, and administrator are discharged from any further liability to Defendants.

5. Upon Metlife's payment of the life insurance benefits, plus any applicable interest, into the Registry of this Court, MetLife shall be dismissed from this action, with prejudice.

6. Upon entry of this Stipulation and Order and upon dismissal of MetLife from this action, with prejudice, MetLife withdraws its request for attorneys' fees as detailed in the Motion to Interplead Funds and Dismiss Plaintiff with Prejudice (ECF No. 15). MetLife and Defendants shall each bear their own fees and costs.

DATED this 19 day of December, 2018.

_____
Constance L. Akridge, Esq.
Nevada Bar No. 3353
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Metropolitan Life Insurance Company*

DATED this 12 day of December, 2018.

_____
Terry Chi
8095 Slip Point Ave.
Las Vegas, NV 89147

*Defendant, Pro Se*

DATED this 12 day of December, 2018.

_____
Hsiao Mei Chi
8095 Slip Point Ave.
Las Vegas, NV 89147

*Defendant, Pro Se*

## ORDER

IT IS HEREBY ORDERED that the foregoing stipulation for interpleader (ECF No. 20) is GRANTED. In addition, the pending motion to interplead (ECF No. 15) is DENIED AS MOOT.

Dated: December 21, 2018.

_____
UNITED STATES DISTRICT JUDGE