UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>HSIAO MEI CHI; ANNA HONDA A/K/A ANNA CHI; SANDRA MERRILL A/K/A SANDI MERRILL A/K/A SANDRA CHI A/K/A SANDI CHI; and TERRY CHI,<br><br>Defendants | Case No.: 2:18-cv-01778-APG-CWH<br><br>**Order Dismissing Metropolitan Life Insurance Company From This Case** |

I previously granted the parties' stipulation to allow plaintiff Metropolitan Life Insurance Company to interplead funds and then be dismissed from this case. ECF No. 21. Metropolitan deposited the funds with the court on January 7, 2019. ECF No. 26.

IT IS THEREFORE ORDERED that plaintiff Metropolitan Life Insurance Company is dismissed from this case, with prejudice against the filing of any claims against it by any of the defendants in this case, as set forth in the Stipulation and Order (ECF No. 21). The clerk of the court shall enter judgment accordingly.

DATED this 28th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE