# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>HSIAO MEI CHI; ANNA HONDA A/K/A ANNA CHI; SANDRA MERRILL A/K/A SANDI MERRILL A/K/A SANDRA CHI A/K/A SANDI CHI; and TERRY CHI,<br><br>Defendants | Case No.: 2:18-cv-01778-APG-CWH<br><br>**Order Granting Judgment in Favor of Defendant Hsiao Mei Chi**<br><br>[ECF Nos. 22, 29, 30] |

Plaintiff Metropolitan Life has deposited the disputed funds with the court and been dismissed from this case. ECF Nos. 21, 27. Default has been entered against defendants Anna Honda and Sandra Merrill. ECF Nos. 18, 19. The remaining defendants now move for summary judgment in favor of defendant Hsiao Mei Chi, to release the deposited funds to her, and to close the case. ECF Nos. 22, 29, 30. I will grant the motions.

There are no genuine issues of material fact that would deprive Hsiao Mei Chi of the right to the interpleaded funds. Those funds are the life insurance benefits payable as a consequence of the death of George Chi, who was Hsiao Mei Chi's husband. ECF No. 20 at 1. Defendant Terry Chi submitted evidence that George Chi intended to leave all of his assets to Hsiao Mei Chi, and no party has rebutted that evidence. Therefore, Hsiao Mei Chi is entitled to summary judgment in her favor, and to recover the $45,650.00 that has been interpleaded, plus all accrued interest.

IT IS THEREFORE ORDERED that the defendants' motions for summary judgment, to release the deposited funds, and to close the case **(ECF Nos. 22, 29, 30) are GRANTED.** Defendant Hsaio Mei Chi is awarded the $45,650.00 that was interpleaded in this case, plus accrued interest. The clerk of the court shall enter judgment in favor of Hsaio Mei Chi and against all other parties.

IT IS FURTHER ORDERED that the clerk of the court shall pay to defendant Hsaio Mei Chi the $46,450.00 that has been deposited with the court, plus all accrued interest. Thereafter, the clerk shall close this case.

DATED this 12th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE